## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN MAJEWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| TRADER JOE'S EAST, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, TRADER JOE'S EAST, INC., by and through its attorneys, HEPLERBROOM LLC, removes to this Court the above-entitled case from the Circuit Court of Cook County, Illinois. In support thereof, Defendant states as follows:

1. The removed case is a civil action filed on October 21, 2015, in the Circuit Court of Cook County, Illinois, bearing Case No. 2015-L-010698.

2. As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of the Complaint and Summons acknowledging service upon defendant, Trader Joe's East, Inc., on October 29, 2015. *See complaint and summons attached as exhibit A*.

3. Venue of this removal action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4. This Notice of Removal is filed by Defendant, Trader Joe's East, Inc., with this Court within 30 days of receipt by the Defendant of the December 29, 2015 order from which Defendant first ascertained that that the case is one which has become removable, as required by 28 U.S.C. § 1446(b). *See order attached as exhibit B*.

5.	On December 29, 2015, Plaintiff dismissed defendants Trader Joe's Company, Aldi, Inc., Aldi International Inc., and Aldi Nord. *See Exhibit B*.

6.	Plaintiff, Steven Majewski, is an individual citizen and resident of the State of Illinois.

7.	Defendant, Trader Joe's East, Inc., is a corporation incorporated under the laws of Massachusetts, and having its principal place of business in Massachusetts.

8.	On December 10, 2015, Counsel for Plaintiff produced documents pursuant to Illinois Supreme Court Rules 90(c) and 214, demonstrating that Plaintiff's medical bills total at least $77,948.50. *See letter attached as Exhibit C*. Therefore, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

9.	Defendant, Trader Joe's East, Inc., removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

10.	Defendant will promptly serve written notice of the removal of this action upon all adverse parties and will file such notice with the Clerk of the Circuit Court for Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

11.	Defendant, Trader Joe's East, Inc., requests a trial by jury of all issues to be tried.

WHEREFORE, Defendant, Trader Joe's East, Inc., respectfully gives notice that the above-entitled cause is removed from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

HEPLERBROOM LLC
By: */s/ Edna L. McLain*
Edna L. McLain     #6278008
Zeke N. Katz       #6317470
30 N. LaSalle St.
Suite 2900
Chicago, Illinois 60602
Tele: 312-230-9100/Fax: 312-230-9201
Email: elm@heplerbroom.com
znk@heplerbroom.com
*Attorneys for Defendant Trader Joe's East, Inc.*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by enclosing the same in an envelope addressed to such attorneys with postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Chicago, Illinois on this 20th day of January, 2016:

  Anthony R. Elman
  Elman Law Group, LLC
  212 W. Washington St.
  Suite 1208
  Chicago, Illinois 60606


                By: */s/ Edna L. McLain*