UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Steven Majewski
                        Plaintiff,

v.                                                 Case No.: 1:16−cv−00840
                                                                     Honorable Ruben Castillo

Trader Joe's East, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2016:

      MINUTE entry before the Honorable Ruben Castillo:This Court has learned that the parties have reached a settlement. The Court hereby dismisses this lawsuit without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents by 1/6/2017. The status hearing set for 12/13/2016 is stricken.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.