**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STEVEN MAJEWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 1:16 – cv – 00840 |
| ) | |
| TRADER JOE'S EAST, INC., ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

IT IS HEREBY ORDERED that Pursuant to the Release of All Claims and the Release of Attorneys' Liens, by and between the parties, and the Court having been advised by counsel that a settlement has been reached in this matter, the above entitled action be dismissed with prejudice and without costs to either party, with the Court retaining jurisdiction to enforce the settlement agreement. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated.

Entered this 27th day of December, 2016.

_____
Honorable Ruben Castillo

**APPROVED FOR ENTRY:**

        ELMAN LAW GROUP, LLC
        By: */s/ Anthony R. Elman*
        Anthony R. Elman
        elmanlaw@aol.com
        212 W. Washington St.
        Suite 1208
        Chicago, Illinois 60606
        (312) 893-0777 (telephone)
        (312) 739-2162 (facsimile)
        *Attorney for Plaintiff*

        HEPLERBROOM LLC
        By: */s/ Edna L. McLain*
        Edna McLain    #6278008
        elm@heplerbroom.com
        Zeke Katz    #6317470
        znk@heplerbroom.com
        30 N. LaSalle Street, Ste. 2900
        Chicago. IL 60602
        (312) 230-9100 (telephone)
        (312) 230-9201 (facsimile)
        Attorneys for Trader Joe's East Inc.